MICHAEL BAILEY
United States Attorney
District of Arizona
JUSTIN OSHANA
Assistant U.S. Attorney
Pennsylvania State Bar No. 203795
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: justin.oshana@usdoj.gov
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | Magistrate No. 20-5203MS |
| vs. | **MOTION TO SEAL COMPLAINT AND ARREST WARRANT** |
| Jeremy Justin Harris, | |
| Defendant. | **(Filed Under Seal)** |

The United States of America, by and through undersigned counsel, moves this Court for an Order sealing the Complaint, Arrest Warrant, and this Motion and Order filed in this matter on the grounds that disclosure would not be in the interests of justice.  The Complaint contains information that is derived from an on-going investigation.

Disclosure of this information to the public would jeopardize an on-going investigation.

It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this motion or an order based thereon.

Respectfully submitted this 5th day of August, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

JUSTIN OSHANA
Assistant U.S. Attorney