SEALED    *UNITED STATES DISTRICT COURT*

*DISTRICT OF ARIZONA*

UNITED STATES OF AMERICA

v.

JEREMY JUSTIN HARRIS

Case No.: 2e0-5302mJ

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A, in the District of Arizona, the defendant violated , Title 18, U.S.C. §§ 922(a)(6), 922(g)(1), 924(a)(1)(A), and 924(a)(2), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

**See Attachment B - Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

AUTHORIZED BY: Justin Oshana, AUSA

SA P. Sean Sander
Name of Complainant

Signature of Complainant

Sworn to telephonically

August 5, 2020 @ 4:32 pm at   Phoenix, Arizona

Date                                 City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS
### Count 1

On or about May 4, 2020, in the District of Arizona, the defendant, JEREMY JUSTIN HARRIS, in connection with the acquisition of firearms, that is, that is, two (2) SCCY Model CPX-2 pistols, from Glendale Pawn and Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Glendale Pawn and Jewelry, which identification and knowingly made false and fictitious statements to Glendale Pawn and Jewelry, which identification and statements were intended and likely to deceive Glendale Pawn and Jewelry as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the identification represented that the defendant's name was Justin Grant Greene, whereas in truth and fact his name is JEREMY JUSTIN HARRIS, and the defendant stated that he had not previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, whereas in truth and in fact, he had been convicted of such a crime.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Count 2

On or about May 4, 2020, in the District of Arizona, Defendant, JEREMY JUSTIN HARRIS, knowingly made false statements and representations to Glendale Pawn and Jewelry, located in Glendale, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Glendale Pawn and Jewelry, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that his name was Justin Grant Greene, whereas in truth and in fact his name is JEREMY JUSTIN HARRIS.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

//

## Count 3

On or about May 4, 2020, at or near Glendale, in the District of Arizona, the defendant, JEREMY JUSTIN HARRIS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, two SCCY Model CPX-2 pistols, said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

## Count 4

On or about May 10, 2020, in the District of Arizona, the defendant, JEREMY JUSTIN HARRIS, in connection with the acquisition of firearms, that is, that is, a Smith & Wesson Model MP40 Shield pistol, and a Charter Arms Model Undercover pistol, from Glendale Pawn and Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Glendale Pawn and Jewelry, which identification was intended and likely to deceive Glendale Pawn and Jewelry, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the identification represented that the defendant's name was Justin Grant Greene, whereas in truth and fact his name is JEREMY JUSTIN HARRIS, and the defendant stated that he had not previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, whereas in truth and in fact, he had been convicted of such a crime.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 5

On or about May 10, 2020, in the District of Arizona, Defendant, JEREMY JUSTIN HARRIS, knowingly made false statements and representations to Glendale Pawn and Jewelry, located in Glendale, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Glendale Pawn and Jewelry, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives

Form 4473, Firearms Transaction Record, to the effect that his name was Justin Grant Greene, whereas in truth and in fact his name is JEREMY JUSTIN HARRIS.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

### Count 6

On or about May 10, 2020, at or near Glendale, in the District of Arizona, Defendant, JEREMY JUSTIN HARRIS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, a Smith & Wesson Model MP40 Shield pistol, and a Charter Arms Model Undercover pistol, said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

### Count 7

On or about May 13, 2020, in the District of Arizona, the defendant, JEREMY JUSTIN HARRIS, in connection with the acquisition of firearms, that is, a CNK pistol, an IMC pistol, and a SMV pistol, from Robson Armory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Robson Armory, which identification was intended and likely to deceive Robson Armory, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the identification represented that the defendant's name was Justin Grant Greene, whereas in truth and fact his name is JEREMY JUSTIN HARRIS, and the defendant stated that he had not previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, whereas in truth and in fact, he had been convicted of such a crime.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Count 8

On or about May 13, 2020, in the District of Arizona, Defendant, JEREMY JUSTIN HARRIS, knowingly made false statements and representations to Robson Armory, located in Gilbert, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18,

United States Code, to be kept in the records of Robson Armory, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that his name was Justin Grant Greene, whereas in truth and in fact his name is JEREMY JUSTIN HARRIS.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

### Count 9

On or about May 13, 2020, at or near Gilbert, in the District of Arizona, Defendant, JEREMY HARRIS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, a CNK pistol, an IMC pistol, and a SMV pistol, said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

### Count 10

On or about May 26, 2020, in the District of Arizona, the defendant, JEREMY JUSTIN HARRIS, in connection with the acquisition of firearms, that is, a SCCY Model CPX-2 pistol, and a Smith & Wesson Model SD40VE pistol, from Glendale Pawn and Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Glendale Pawn and Jewelry, which identification was intended and likely to deceive Glendale Pawn and Jewelry, as to facts material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the identification represented that the defendant's name was Justin Grant Greene, whereas in truth and fact his name is JEREMY JUSTIN HARRIS, and the defendant stated that he had not previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, whereas in truth and in fact, he had been convicted of such a crime.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

//

//

-4-

## Count 11

On or about May 26, 2020, in the District of Arizona, Defendant, JEREMY JUSTIN HARRIS, knowingly made false statements and representations to Glendale Pawn and Jewelry, located in Glendale, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Glendale Pawn and Jewelry, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that his name was Justin Grant Greene, whereas in truth and in fact his name is JEREMY JUSTIN HARRIS.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

## Count 12

On or about May 26, 2020, at or near Glendale, in the District of Arizona, Defendant, JEREMY JUSTIN HARRIS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, SCCY Model CPX-2 pistol, and a Smith & Wesson Model SD40VE pistol said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

## Count 13

On or about May 26, 2020, in the District of Arizona, the defendant, JEREMY JUSTIN HARRIS, in connection with the acquisition of firearms, that is, a Smith & Wesson Model M&P45 pistol, two (2) Lorcin Model L380 pistol, a Davis Industries Model P32 pistol, a Springfield Armory Model XDS pistol, and a Glock Model 26 pistol, from Sammy D's Discount Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Sammy D's Discount Firearms, which identification was intended and likely to deceive Sammy D's Discount Firearms, as to facts material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the identification represented that the defendant's name was Justin Grant Greene, whereas in truth and fact his

-5-

name is JEREMY JUSTIN HARRIS, and the defendant stated that he had not previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, whereas in truth and in fact, he had been convicted of such a crime.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Count 14

On or about May 26, 2020, in the District of Arizona, Defendant, JEREMY JUSTIN HARRIS, knowingly made false statements and representations to Sammy D's Discount Firearms, located in Glendale, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sammy D's Discount Firearms, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that his name was Justin Grant Greene, whereas in truth and in fact his name is JEREMY JUSTIN HARRIS.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

### Count 15

On or about May 26, 2020, at or near Glendale, in the District of Arizona, Defendant, JEREMY HARRIS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, a Smith & Wesson Model M&P45 pistol, two (2) Lorcin Model L380 pistol, a Davis Industries Model P32 pistol, a Springfield Armory Model XDS pistol, and a Glock Model 26 pistol, said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

### Count 16

On or about May 26, 2020, in the District of Arizona, the defendant, JEREMY JUSTIN HARRIS, in connection with the attempted acquisition of firearms from Glendale Pawn and Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Glendale Pawn and Jewelry, which identification was intended and likely to deceive

-6-

Glendale Pawn and Jewelry, as to a fact material to the lawfulness of such sale of firearms to the defendant under chapter 44 of Title 18, in that the identification represented that the defendant's name was Justin Grant Greene, whereas in truth and fact his name is JEREMY JUSTIN HARRIS.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Patrick S. Sander, being duly sworn hereby depose and say:

1. I am a Special Agent (SA) with the Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives (ATF). I have been employed as a SA with ATF for over 20 years. I have received training in the enforcement of the Federal firearms and explosive laws. Before my employment with ATF, I was an agent with the U.S. Border Patrol for nearly 8 years.

2. This affidavit is made in support of an application for a complaint and arrest warrant for Jeremy Justin HARRIS for violations of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), furnishing false identification during the purchase of a firearm, 18 U.S.C. § 924(a)(1)(A), providing false information to a federal firearms licensee in order to purchase a firearm, and 18 U.S.C. § 922(g)(1), convicted felon in possession of a firearm. The statements made in this affidavit are made based on the personal observations and investigation conducted by me, and information communicated or reported to me during the investigation by other participants in the investigation, as the context of this affidavit indicates.

3. In May 2020, I initiated an investigation into alleged federal firearms violations by HARRIS. The facts in this affidavit are derived from my personal observations, training and experience, and information obtained from other agents, detectives, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

4. On May 27, 2020 I was contacted by ATF Intelligence Group Supervisor Sanks about a Justin Grant Greene who had purchased at least fifteen firearms from Glendale Pawn located at 6548 N. 59th Ave., Glendale, Arizona 85301, Sammy D's Discount Firearms located at 4850 W. North Ln., Glendale, Arizona 85302 in May 2020, and Robson Armory located at 1425 S. Higley Rd., Gilbert, Arizona 85296. According to Sanks, ATF Industry Operations Investigator Mike Hanneman learned of possible federal firearms violations by Greene in May 2020.

5. On May 27, 2020, ATF Investigator Hanneman told me that Justin Grant Greene was using a false/fictitious Arizona driver's license, #D12368194, in order to purchase firearms from the above federal firearms licensees (FFLs). Hanneman told me that there was no record in the Arizona Department of Motor Vehicles for the above identification.

6. On May 27, 2020 ATF Investigator Leah Taddei performed criminal history queries on Justin Jamaiel Grant Greene and found that his true date of birth was February 2, 1993 and not March 28, 1994, which is the date of birth used on the above driver's license for Greene. Taddei found that Greene was a two time convicted felon out of California and had served time in prison for Willful Discharge of a Firearm with Grievous Negligence, felony offense in 2016. On January 6, 2020, Greene was arrested for murder in the Los Angeles, California area.

7. On May 27, 2020, ATF Investigator Taddei performed a query with Los Angeles County Sheriff's Department (LASD) concerning Justin Jamaiel Grant Green, with his actual date of birth of February 2, 1993. The LASD stated that a Justin Greene was

currently incarcerated in the Los Angeles County jail at this time for the arrest of murder on January 6, 2020.

8. On May 28, 2020, I reviewed LASD's arrest booking photos of Justin Greene along with a photograph of Greene's Arizona driver's license #D12368194 used in the aforementioned firearms purchases, and found that the photo on driver's license# did not match the Los Angeles Sheriff's Dept. arrest/booking photo # 5840557.

9. On May 28 2020, ATF requested a facial recognition inquiry through the ACTIC and Arizona Department of Public Safety (DPS) on the photograph of the black male shown in Arizona driver's license #D1236819. Detective Peden from DPS stated that Jeremy Justin HARRIS, date of birth March 28, 1994, matched the photograph.

10. I also discovered the photo on California driver's license #F4711266 (Jeremy Justin HARRIS) matched the photo on Arizona driver's license #D12368194. Thus, I was able to conclude that HARRIS was using most of the identifiers of Justin Jamaiel Grant Green (except his date of birth), including his home address of 2140 W. Thunderbird Rd. Phoenix, Arizona 85023 on the fake/fraudulent Arizona driver's license #D12368194.

11. On May 28 2020, I was advised through Los Angeles Police Department and various criminal justice databases that Justin Greene and HARRIS were both documented gang members of the Mansfield Family Hustlers/Mansfield Gangster Crips criminal street gang. This gang is from the Los Angeles area Wilshire District and has 46 known and documented members.

12. On May 28, 2020, ATF Investigative Analyst Ramos queried the National Crime Information Center and California Department of Justice regarding HARRIS. Record

3

indicated that on June 11, 2014, HARRIS was convicted of a felony offense of Robbery and sentenced to six (6) years imprisonment in Los Angeles, California in case number BA410414.

13. On July 23, 2020, I spoke with Los Angeles Police Detective D. Slater #40992 concerning the Mansfield Family Hustler/Mansfield Gangster Crip street gang. Detective Slater stated that the Mansfield were a documented street gang from the West side of Los Angeles. Detective Slater stated that the gang, originally called the Hustlers, were a "dance group" in the 1970s but that quickly changed to a violent street gang. There are currently approximately 60 documented gang members in this gang and they have moved into violent crime. Detective Slater said that arrests have been made against gang members for narcotics violations, weapons violations, robberies, and murder. Detective Slater was aware of Justin Greene being a documented member who was arrested in early 2020 for homicide charges. Detective Slater was not familiar with HARRIS, but stated that other officers would probably know him.

14. On July 24, 2020, I spoke with Los Angeles Police Detective A. Johnson, who is assigned with the gang unit in the Wilshire Division. Detective Johnson said that he was familiar with the Mansfield gang, and that he was familiar with both HARRIS and Justin Greene. Detective Johnson stated that he and some other officers stopped HARRIS in June 2019 for a traffic violation. HARRIS at that time was on parole and was associating with other known gang members so he was arrested. Detective Johnson was familiar with Rashida Turay, also a documented gang member, was associating with HARRIS. Detective Johnson stated that he believed Turay was HARRIS' girlfriend.

4

15. Detective Johnson stated that Mansfield are a smaller gang but very tight and are organized in their illegal activities which included weapons and firearms trafficking, narcotics sale, robbery, and homicide. Detective Johnson stated that HARRIS and Justin Greene were cousins. Detective Johnson stated that Greene's mother is known in the area as "Momma Mansfield" because she is recruiter for this gang and watches over the entire gang in the area. The Greenes own a house or two in the area, which is a known hangout for the entire gang. Detective Johnson said that they had information that the Mansfield gang and the Greene family had a house in Mexico that they would go to when things were "hot" in the area. Detective Johnson stated that he had photographs of HARRIS' tattoos and that he had gang tattoos.

16. ATF made inquiries to the Los Angeles Police Department regarding the June 14th, 2019 traffic stop and arrest of HARRIS. HARRIS was arrested for a parole violation a misdemeanor offense. HARRIS is on parole until March 2022. Handwritten on the top of the arrest/booking sheet was "Mansfield Gangster Crip Trey Bang."

17. On July 27, 2020, ATF Intelligence Research Specialist Fortney ran a query with the Los Angeles Police Department Records unit concerning HARRIS and his robbery conviction. Records revealed that in January 2013, Los Angeles Police interviewed Mica Limbrick. the mother of robbery victim Erick Limbrick Osorno. Mica Limbrick stated that her son told her he was robbed by a black male he believed he recognized from Fairfax High School. Officers interviewed Erick Limbrick Osorno over the telephone. Osorno stated that he was the victim of an armed robbery on January 4, 2013. Osorno stated that he was walking with a friend near an alley when a black male yelled

5

"hey." Orsono stopped walking because he recognized the black male from Fairfax High School. The suspect pulled out a chrome plated semi-automatic handgun from his waistband and pointed it at Osorno's face. Osorno was holding his cell phone in his hand, and the suspect took the phone out of his hand and emptied his pockets which included money, credit cards, and his wallet, while throwing his keys and headphones on the ground. The suspect then told Osorno, "Stay outta my hood!" and then fled the area with Osorno's property. Osorno stated that he knew the suspect as "Jeremy" or "Jerome" from Fairfax High School and that he was a part of "Mansfields." The Mansfields Family Gangster Crips are a street gang that claims the area where the robbery occurred. Osorno also stated that the suspect had a tattoo of "TB" on his neck/throat area and goes by the nickname/moniker of "Trey Bang."

18. Records indicated that Police showed Osorno a six pack of photographs. Osorno identified HARRIS as the individual who had robbed him. Officer Maloney reviewed HARRIS' criminal history and found that he did have a "TB" tattoo on his neck/throat area and does have the moniker of "Trey Bang." Harris was on probation at the time of this robbery for a separate robbery offense.

19. The following firearms listed below were acquired by HARRIS using Greene's fake Arizona driver's license# D12368194.From May 4, 2020 to May 26, 2020 HARRIS purchased firearms from Glendale Pawn and Jewelry and Sammy D's Discount Firearms. All of these firearms were pistols, and each time firearms were purchased by HARRIS he filled out ATF Form 4473 (Firearms Transaction Record). On every purchase, HARRIS

used the identity of Justin Jamaiel Grant Greene with the date of birth of March 28, 1994 in order to purchase these firearms.

20. The following weapons were purchased from Glendale Pawn on May 4, 2020 by HARRIS:

- SCCY pistol • CPX-2 • 9mm • 894020
- SCCY pistol • CPX-2 • 9mm • 893699

21. The following firearms were purchased from Glendale Pawn on May 10, 2020 by HARRIS:

- Smith & Wesson pistol, Model MP40 Shield .40SW, s/n HWP1607

- Charter Arms pistol, Model Undercover, .38 special, s/n 20J00690

22. The following firearms were purchased from Robson Armory on May 13, 2020 by HARRIS:

- CNK pistol, Model unknown, 9mm, s/n 20AT07582

- IMC pistol, Model unknown, 9mm, s/n AT189585

- SMU pistol, Model Unknown, .22 caliber, s/n SVF009178

23. The following firearms were purchased from Glendale Pawn on May 26 2020 by HARRIS:

- SCCY pistol, Model CPX-2, 9mm s/n 893991

- Smith & Wesson pistol, Model SD40VE, .40SW s/n FCF0810

24. The following firearms were purchased on May 26, 2020 from Sammy D's Discount Firearms by HARRIS:

- Smith & Wesson pistol, Model M&P45, .45caliber, s/n HVK9432

- Lorcin pistol, Model L380, .380 caliber, s/n 365912

- Lorcin pistol, Model L380 , .380 caliber, s/n 174673

- Davis Industries pistol, P32, .32 caliber, s/n P073523

- Springfield Armory pistol, XDS, 9mm, s/n US989818

- Glock pistol Model 26, 9mm, s/n BLUY584

25. I know that every time an individual wants to purchase a firearm from a federal firearms licensee they will fill out an ATF Form 4473, which is a firearms transactional record. On this form, an individual has to put all of their biographical information in questions 1-10 on this form. HARRIS filled out an ATF Form 4473 using a false identification on at least five occasions from three different federal firearms licensees.

26. On May 27, 2020, I spoke with Glendale Pawn clerk Zach Leach. Leach told me that he was the clerk who sold HARRIS two firearms from Glendale Pawn on May 4, 2020. Leach stated that he assisted on the gun sale on May 26, 2020 as well. Leach stated on this date HARRIS purchased two pistols and had a black female with him during the sale who was tall. Leach believed that HARRIS and the black female were driving a maroon/red colored Ford Mustang on this date. Leach stated that HARRIS paid for the firearms in cash on both dates.

27. On May 27, 2020, I spoke with Glendale Pawn clerk Karana Wilson. Wilson stated that she was the clerk for the May 26, 2020 firearms purchase by HARRIS. Wilson stated that HARRIS had asked about purchasing six firearms at once, which the store declined to do. Wilson stated that HARRIS purchased two firearms on this date from the store and that he paid in cash.

28. On May 28, 2020, I spoke with Joe Berke from the Glendale Pawn Store. Berke stated that HARRIS purchased two pistols from him on May 10, 2020. Berke stated that HARRIS wanted to purchase six guns, but Berke suspected something was wrong so he told him that he could only buy two firearms that were the same or similar models. Berke explained that HARRIS had another black male with him on this date who asked to purchase guns but Berke declined. Berke HARRIS purchased two guns in cash on this date. Berke stated that he alerted ATF Investigator Hanneman about HARRIS and his suspicious activity.

29. I know from training and experience that many times criminals involved in criminal activity will purchase the same or similar types of firearms for cheap prices in order to facilitate their criminal gang enterprises.

30. On May 28, 2020 SA's Atencio, Villarrruel and I arrived at the Tides on Thunderbird Apartments located at 2140 W. Thunderbird Rd. Phoenix, Arizona 85023. We spoke with the property manager of the apartment complex, Anna Pineira. Pineira stated that there was a Justin J. Greene who resided in apartment #2624. Pineira stated that Greene had begun his lease on September 30, 2019 and that his lease was current. Pineira and another employee, Gisell Nunez, both stated that something was strange about this apartment. Pineira stated that for the last couple of months a black male, approximately 25-30 years of age, had come to the leasing office to pay the rent for apartment #2624. Pineira stated that as recently as May 10, 2020 this black male, who identified himself as Justin Greene's cousin, was paying the rent. This individual stated that he was paying the rent for Greene because Greene was on life support in the hospital.

I showed Pineira and Nunez a photograph HARRIS, and both identified him as the male was the one who claimed to be Greene's cousin had been paying the rent for the apartment. The photograph I showed the employees of the apartment complex was of HARRIS in Arizona driver's license #D12368194. Pineira stated that parking spot #383 was assigned to apartment #2624.

31. Piniera told us that on or about May 11, 2020, a maintenance work order was placed for apartment #2624 for the air conditioner. Pineira stated that her employees could go over to apartment #2624 right now and see if the air conditioner was fixed for the tenant. We waited in the office while her employees knocked on the door of apartment #2624, but nobody answered. However, the women could hear someone rustling around inside of the apartment #2624.

32. On May 28th 2020, I contacted Sam Dicarlo, the owner of Sammy D's Discount Firearms. Dicarlo admitted that he sold HARRIS six firearms. Dicarlo stated that HARRIS had an unknown black female who was tall with him. Dicarlo stated that HARRIS used Arizona driver's license# D12368194 as identification to purchase the six firearms. Dicarlo provided video clips showing HARRIS, along with the unknown black female, purchasing the firearms. Dicarlo stated that HARRIS called him to set up the appointment using the number 626-469-1292. Dicarlo was unsure how many times HARRIS had called him but knew that he had called him at least once on May 26th 2020 with the above phone number.

33. On June 10th, 2020, HARRIS attempted to purchase two Beretta pistols from RLT Firearms, located at 19126 E. Karsten Dr. Queen Creek, Arizona 85142. HARRIS used

the Arizona driver's license #D12368194. HARRIS was denied on this occasion through the NICS check.

34. On July 15, 2020, HARRIS and another unknown black male arrived at Glendale Pawn. On this date, a manager stated that HARRIS and the other black male asked if they could each buy several handguns. Laura said that HARRIS presented an Arizona driver's license, # C94351711, with the name of Traisen Banks. Employees from Glendale Pawn recognized HARRIS because of his neck/throat tattoos and believed that HARRIS was trying to use another fake ID in order to purchase firearms. Employees told HARRIS that they could not sell them any firearms so both HARRIS and his associate left the store.

35. I am an ATF firearms and ammunition interstate nexus expert, and have testified in court and made determinations on the interstate nexus of firearms and ammunition. One of the firearms purchased by HARRIS was a Glock pistol Model 26, 9mm, s/n BLUY584 and was either manufactured in Smyrna, Georgia, or in Austria. Additionally, I have reviewed the list of firearms purchased by HARRIS (as detailed in paragraphs 20-24 above) and know that none of the companies manufacture any of those firearms in Arizona, therefore all of them must have traveled in interstate commerce.

36. Based on my training and experience, and on the facts contained within this affidavit, I have probable cause to believe that Jeremy Justin HARRIS has violated 18 U.S.C. §§ 922(a)(6) and 924(a)(2), furnishing false identification during the purchase of a firearm,

//

//

//

11

18 U.S.C. § 924(a)(1)(A), providing false information to a federal firearms licensee in order

to purchase a firearm, and 18 U.S.C. § 922(g)(1), convicted felon in possession of a firearm.

P. Sean Sander
Special Agent

Sworn telephonically on this ___ day of August 2020. @ 4:32 pm

DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE